UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

"IN ADMIRALTY"

IN THE MATTER OF THE COMPLAINT
OF DAVID WEST, SR. AND CAROLE
WEST, FOR EXONERATION FROM OR            CASE NO. 8:09-cv-02316-T-33-MAP
LIMITATION OF LIABILITY AS OWNERS
OF A 22-FT 2009 HYDRA SPORT MODEL
2200 VECTOR CC, HULL ID NO.
GHYVNA07F809.
_____/

## ORDER FOR DEPOSIT, APPRAISAL AND MONITION

A Petition having been filed herein on behalf of DAVID WEST, SR. and CAROLE

WEST praying for exoneration from or limitation of liability in connection with the voyage upon

which the 22-foot 2009 Hydra Sports Model 2200 Vector CC was engaged on or about October 2,

2009, and for certain other relief; and the Petition having stated the facts and circumstances upon

which said exoneration or limitation are claimed; and Petitioners having offered an Affidavit of

Value of the owner's interest in the vessel and pending freight, in the amount of $17,667.18; and it

appearing that claims have been made or are about to be made against Petitioners and against the

said vessel for damages alleged to have occurred in consequence of the incident described in the

Petition, and

Petitioners prayed for an appraisal of the value of their interest in said vessel and for leave

to pay into the Court the value of their interest in the vessel pending the appraisal of its interest in

said vessel; and it appearing from the Affidavit filed herein that Petitioners' interest in the said vessel

with freight pending at the end of the voyage mentioned did not exceed the sum of $17,667.18; it is

ORDERED, ADJUDGED, and DECREED:

(a)    That Petitioners shall deposit with the Court the sum of $17,667.18 as security for the performance thereof, according to the rules and practice of this Court, and

(b)    That any party may apply to have the amount of security increased or diminished, as the case may be, upon the determination of the Court upon exceptions to the value of the owner's interest in the vessel, and

(c)    That a Monition issue out of and under the seal of this Court against all persons claiming damages caused by or occurring during the voyage upon which the said vessel was engaged as described in the Petition, citing them, and each of them, to file their respective claims with the Clerk of the Court and to serve on or mail to the attorneys for Petitioners a copy thereof on or before February 9, 2010, subject to the right of any person to controvert or to question the same, with liberty also to any such claimants who shall file their claims to answer said Petition.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>8th</u> day of January 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record

2