UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**IN ADMIRALTY**

IN THE MATTER OF THE COMPLAINT OF
DAVID WEST, SR., and CAROLE WEST,
FOR EXONERATION FROM OR LIMITATION
OF LIABILITY AS OWNERS OF A 22-FT
2009 HYDRA SPORT MODEL 2200 VECTOR
CC, HULL ID NO. GHYVNA07F809

Case No. 8:09-cv-2316-T-33MAP
_____/

**<u>ORDER</u>**

This cause comes before the Court pursuant to the
parties' Stipulation (Doc. # 42), which was filed on July 22,
2010. The Stipulation was filed after proceedings before the
Honorable Mark A. Pizzo, United States Magistrate Judge, on
July 6, 2010. (Doc. # 41). The Stipulation resolves the
issues raised in the Motions of Kelsey C. Bedinghaus Seeking
the Court's Assistance in Framing a Joint Stipulation
Remanding this Matter to State Circuit Court (Doc. ## 20 and
29), and accordingly, those motions will be terminated.

This Court adopts as its own the parties' Stipulation and
incorporates by reference in this Order each provision of the
Stipulation.

Accordingly, the Court stays and administratively closes
this matter pending resolution in the state court. In
addition, because the state court proceedings will be tried

first, Court relieves the parties of the obligation of participating in Federal Court Annexed Mediation before Jacob Munch, Esq. on August 20, 2010.  Of course, if the parties believe that this matter can be completely resolved through mediation with Attorney Munch, they are free to so mediate this case as set forth in the Court's June 23, 2010, Order appointing Attorney Munch. (Doc. # 38).  However, since all deadlines and proceedings in the federal action are now stayed, this Court will not require the parties to participate in the mediation conference at this time.  If the parties return to the federal forum after resolution in the state court, the Court will require the parties to participate in mediation, if appropriate under the circumstances.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The parties' Stipulation (Doc. # 42) is **ADOPTED AND APPROVED** in all respects.

(2) This case is **STAYED AND ADMINISTRATIVELY CLOSED** pending resolution in the state court.

(3) The Clerk is directed to terminate the Motions of Kelsey C. Bedinghause Seeking the Court's Assistance in Framing a Joint Stipulation Remanding this Matter to State Circuit Court (Doc. # 20) and (Doc. # 29).

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>22nd</u> day of July 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record